IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTER BIBEE | ) |
| | ) |
| v. | ) NO. 3-15-0734 |
| | ) JUDGE CAMPBELL |
| CREDIT ONE BANK | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss and Compel Arbitration (Docket No. 9). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED. This action is DISMISSED, and the parties are ordered to arbitration pursuant to the terms of their Agreement.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE